No. 56.   EPPS *v.* UNITED STATES.   C. A. 10th Cir. Certiorari granted, judgment vacated, and case remanded to the District Court for the Northern District of Oklahoma with directions to dismiss indictment.   *Durham* v. *United States, ante,* p. 481.   THE CHIEF JUSTICE, MR. JUSTICE STEWART, MR. JUSTICE MARSHALL, and MR. JUSTICE BLACKMUN are of the opinion that motion of counsel for respondent to dismiss petition as moot should be

granted. See dissenting opinions in *Durham* v. *United States, supra,* p. 483.